105 A.3d 1098

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JULIO C. BAEZ, DEFENDANT–PETITIONER.

January 23, 2015.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Grate; State v. Cromwell,* 220 *N.J.* 317, 106 *A.*3d 466, 2015 *WL* 176343 (2015). Jurisdiction is not retained.

105 A.3d 1098

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ALEEM L. HAMMOND (A/K/A ALLEN JOHNSON),
DEFENDANT–PETITIONER.

January 23, 2015.

ORDERED that the petition for certification is denied without prejudice to defendant appropriately raising in a petition for post-conviction relief the issue of counsel's alleged ineffective assistance regarding the consequences of defendant's plea to some charges in the indictment prior to his trial on the remaining charges.